IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:22cr67-MHT |
| | ) | (WO) |
| FREDDY LEE THOMAS | ) | |

## ORDER

Based on the representations made on the record at a status conference on June 9, 2023, it is ORDERED that the unopposed motion to withdraw Freddy Lee Thomas's guilty plea (Doc. 71) and related matters are all set for hearing on June 29, 2023, at 10:00 a.m.  The sentencing for defendant Thomas remains scheduled for the same June 29 hearing.

DONE, this the 14th day of June, 2023.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE