IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-cr-00067-MHT |
| | ) | (WO) |
| FREDDY LEE THOMAS | ) | |

## AMENDED FORFEITURE MONEY JUDGMENT

Before the court is the government's motion for a forfeiture money judgment (Doc. 57) in the amount of $2,806.00 filed on January 13, 2023. The defendant agreed to entry of a forfeiture money judgment in the amount of $2,806 in the plea agreement (Doc. 79 at p. 5-6).

Being fully advised of the relevant facts, this court hereby finds that the defendant, Freddy Lee Thomas, obtained at least $2,806.00 in proceeds from violation of 18 U.S.C. § 2113(b), theft from a federally-insured credit union, to which he pled guilty.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that for good cause shown, the government's motion is GRANTED.

It is further ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $2,806.00.

The court retains jurisdiction to amend this order, to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the government up to the amount of the forfeiture money judgment.

DONE, this the 13th day of July, 2023.

/s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE